FILED
15-0005
7/29/2015 11:25:10 AM
tex-6270462
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. 15-0005

---

# In the Supreme Court of Texas

---

ONCOR ELECTRIC DELIVERY COMPANY LLC, ET AL.,
*Petitioners*

v.

PUBLIC UTILITY COMMISSION OF TEXAS, ET AL.,
*Respondents*

---

**ONCOR'S UNOPPOSED MOTION TO EXCEED WORD LIMITATION**

---

From the Third Court of Appeals at Austin, Texas
No. 03-11-00072-CV

---

TO THE HONORABLE SUPREME COURT OF TEXAS:

Petitioner Oncor Electric Delivery Company LLC ("Oncor") respectfully requests permission to exceed the 2,400 word limit for a reply to a response for a petition for review. *See* Tex. R. App. P. 9.4(i)(2)(E) & 9.4(i)(4).

1.     This case is an appeal from a 2008 administrative ratemaking proceeding involving Oncor before the Public Utility Commission of Texas ("PUC"). The PUC issued a final Order on Rehearing on November 30, 2009, from which several interested parties appealed to Travis County District Court.

The District Court signed its final judgment in January 2011. On further appeal, the Third Court of Appeals, after considering motions for rehearing and en banc reconsideration, issued a modified opinion on December 4, 2014, of its August 6, 2014 opinion. Oncor filed a petition for review in the Supreme Court of Texas on February 19, 2015, raising six points of error. Two other parties to the case below—Steering Committee of Cities Served by Oncor ("Cities"), and State of Texas' Agencies and Institutions of Higher Learning ("State Agencies")—also filed petitions for review. On June 25, 2015, six different parties, including Oncor, filed responses to the three petitions. The three petitioners then filed a joint, unopposed motion for extension of time to file replies, which this Court granted on July 6, 2015. Replies are now due on July 30, 2015.

2. Oncor requests permission to exceed the 2,400 word limit for a reply brief by no more than 600 words. Good cause supports this request.

3. Oncor requires a longer reply to address the multiple responses to its petition for review. The Rules of Appellate Procedure provide that "[a] reply to *a response* to a petition for review" may not exceed 2,400 words. Tex. R. App. P. 9.4(i)(2)(E) (emphasis added). However, the rules do not specifically address the case of a single, combined reply to multiple responses. Here, Oncor must reply to four responses totaling more than 16,000 words. PUC filed a 4,369-word response

addressing all six of Oncor's issues,[1] and the remaining three respondents filed responses concerning Oncor's issues 1-3: Cities filed a 3,197-word response; Texas Industrial Energy Consumers filed a 4,343-word response; and the Office of Public Utility Counsel filed a 4,477-word response. In this case, Oncor requests to exceed the prescribed word limit by only the amount necessary to fairly reply to the points raised in each response.

4.     The nature and complexity of the case also supports Oncor's request to exceed the word limitation. The issues in Oncor's petition concern the interpretation of multiple statutory provisions that are part of a complex regulatory framework. The administrative record contains thousands of pages, and three different adjudicative bodies have issued opinions on the issues. In view of the complexity of the case, the number of issues presented, and the number of respondents to Oncor's petition, Oncor's request for up to an additional 600 words to reply is warranted.

5.     Counsel for all parties have conferred by email and/or telephone about this matter, and no party opposes the relief sought in this motion.

---

[1] A portion of PUC's response addressed issues raised in Cities' petition for review.

## **PRAYER**

6.　For the reasons above Oncor respectfully requests that the Court grant leave to file a combined reply brief totaling no more than 3,000 words in length, 600 words in excess of the limit prescribed by Rule 9.4(i)(2)(E), and for such other and further relief to which they may be entitled.

Respectfully submitted,

/s/ *Thomas S. Leatherbury*

Howard Fisher
State Bar No. 07051500
Senior Counsel
Oncor Electric Delivery Company LLC
1601 Bryan Street, Suite 23-035C
Dallas, Texas  75201-3411
214.486.3026 (phone)
214.486.3221 (fax)
howard.fisher@oncor.com

Thomas S. Leatherbury
State Bar No. 12095275
Matthew C. Henry
State Bar No. 00790870
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
214.220.7700 (phone)
214.999.7792 (fax)
tleatherbury@velaw.com
mhenry@velaw.com

Jonah D. Jackson
State Bar No. 24071450
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
(512) 542-8536 (phone)
(512) 236-3208 (fax)
jjackson@velaw.com

*Counsel for Oncor Electric Delivery Company, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 28 & 29, 2015, I conferred with counsel for all parties by email and/or telephone regarding the relief requested in this motion. All counsel indicated that they do not oppose the relief requested.


/s/ Thomas S. Leatherbury
Thomas S. Leatherbury


## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed and served on July 29, 2015, on the following counsel of record:


PUBLIC UTILITY COMMISSION

Elizabeth R. B. Sterling
Office of the Attorney General
Environmental Protection Division
300 W. 15th Street
Austin, TX 78701
Elizabeth.sterling@texasattorneygeneral.gov

ALLIANCE OF TXU/ONCOR CUSTOMERS

Alfred R. Herrera
Jason Wakefield
Herrera & Boyle PPLC
816 Congress Ave., Suite 1250
Austin, TX 78701
(512) 474-1492
aherrera@herreraboylelaw.com
jwakefield@herreraboylelaw.com


OFFICE OF PUBLIC UTILITY COUNSEL

Christiaan Siano
Office of Public Utility Counsel
1701 N. Congress Ave
Suite 9-180
Austin, TX 78701
Christiaan.siano@opuc.texas.gov

STEERING COMMITTEE OF CITIES SERVED BY ONCOR

Thomas L. Brocato
Lloyd Gosselink Rochelle & Townsend PC
816 Congress Ave., Suite 1900
Austin, TX 78701
tbrocato@lglawfirm.com

STATE AGENCIES & INSTITUTIONS OF HIGHER LEARNING

Katherine H. Farrell
Office of the Attorney General
Administrative Law Division
Energy Rates Section
300 W. 15th Street
Austin, TX  78701
(512) 475-4237
katherine.farrell@texasattorneygeneral.gov

RAYBURN COUNTRY ELECTRIC COOPERATIVE, INC.

Campbell McGinnis
Shawn P. St. Clair
McGinnis Lochridge & Kilgore
600 Congress Ave., Suite 2100
Austin, TX  78701
cmcginnis@mcginnislaw.com
sstclair@mcginnislaw.com

TEXAS INDUSTRIAL ENERGY CONSUMERS

Debora Alsup
Phillip Oldham
Benjamin Hallmark
Thompson & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, TX 78701
debora.alsup@tklaw.com
phillip.oldham@tklaw.com
benjamin.hallmark@tklaw.com

TEX-LA ELECTRIC COOPERATIVE OF TEXAS INC

Mark C. Davis
John T. Wright
Holland & Knight
1005 Congress Ave., Suite 950
Austin, TX  78701
mark.davis@hklaw.com
john.t.wright@hklaw.com

CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC

Macey Reasoner Stokes
Baker Botts L.L.P.
One Shell Plaza, 910 Louisiana
Houston, TX 77002
macey.stokes@bakerbotts.com

/s/ *Jonah Jackson*
Jonah Jackson